```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21205
   FAITH E CORNELIUS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-3179


----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/13/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/19/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED NOT I   19164.74          .00           .00
HARRIS BANK                SECURED           262.31          .00         22.00
INTERNAL REVENUE SERVICE   PRIORITY          317.91          .00           .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         336.17          .00           .00
CAPITAL MANAGEMENT SERVI   UNSECURED      NOT FILED          .00           .00
CHASE STUDENT LOAN SERV    UNSECURED            .00          .00           .00
CHASE EDUCATION FINANCE    UNSECURED            .00          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         753.50          .00           .00
PAYDAY LOAN                UNSECURED      NOT FILED          .00           .00
SALLIE MAE SERVICING COR   UNSECURED            .00          .00           .00
SALLIE MAE                 UNSECURED            .00          .00           .00
SALLIE MAE                 UNSECURED            .00          .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         469.06          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       10021.65          .00           .00
FORD MOTOR CREDIT CORP     SECURED NOT I  NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,493.00                      814.28
TOM VAUGHN                 TRUSTEE                                        72.72
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  909.00

PRIORITY                                        .00
SECURED                                       22.00
UNSECURED                                       .00
ADMINISTRATIVE                               814.28
TRUSTEE COMPENSATION                          72.72
DEBTOR REFUND                                   .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21205 FAITH E CORNELIUS
```

```
                              ---------------    ---------------
TOTALS                              909.00             909.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE